**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Grabit, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-4006933** |
| **4.** | **Debtor's address** | **Principal place of business** **1042 N Higley Road, #102178** **Mesa, AZ 85205** Number, Street, City, State & ZIP Code  **Maricopa** County  **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.grabitinc.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Grabit, Inc.**  
　　　　Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  
　See http://www.uscourts.gov/four-digit-national-association-naics-codes.  
　__5417__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.  
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____  
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

Debtor **Grabit, Inc.**     Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known): _____   Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 18, 2019**
MM / DD / YYYY

X /s/ Greg Miller
Signature of authorized representative of debtor

**Greg Miller**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date **December 18, 2019**
MM / DD / YYYY

**G. David Dean**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue, Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-652-3131**    Email address **ddean@coleschotz.com**

**Bar No. 6403 DE**
Bar number and State

# CORPORATE RESOLUTIONS

# OF THE BOARD OF DIRECTORS OF

# GRABIT, INC.

The undersigned members of the Board of Directors (the "Board") of Grabit, Inc. (the "Company"), having conducted a meeting of the Board on December 15, 2019, hereby authorize and consent to taking the following actions and adopt the following resolutions:

**NOW, THEREFORE BE IT:**

    **RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, and its stockholders that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"); and it is further

    **RESOLVED**, that Greg Miller (the "Authorized Party") shall be, and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in such form and at such time as the Authorized Party executing said petition shall determine, with advice of counsel; and it is further

    **RESOLVED**, that the Authorized Party shall be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing (the "Post-Petition Financing") according to the terms negotiated by the Authorized Party, including under one or more debtor-in-possession credit facilities in amounts determined appropriate by such Authorized Party, and to effectuate the foregoing, to enter into such loan agreements, other debt-related documents, notes, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "Credit Documents") as may be deemed necessary or appropriate by the Authorized Party; and it is further

    **RESOLVED**, that the Company be, and hereby is, authorized to borrow the Post-Petition Financing under and in accordance with the Credit Documents in the manner and amounts determined appropriate by the Authorized Party; and it is further

    **RESOLVED**, that the Authorized Party hereby is authorized, empowered, and directed, in the name and on behalf of the Company to take and perform any and all further acts and deeds which he deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case including, without limitation, filing a Chapter 11 Plan of Reorganization to accomplish reorganization objections consistent with the Term Sheet negotiated with BPG International Finance Co. LLC ("BPG"), SRI International, the Company's convertible noteholders, and preferred and common shareholders of the Company; and it is further

**RESOLVED**, that the Authorized Party be, and hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify, and/or file, and to cause to be executed, verified, and/or filed, and to direct others to execute, verify, and/or file on their behalf as provided herein, and to amend, supplement, or otherwise modify from time to time all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements, and papers, including all Credit Documents; and to take any and all actions which the Authorized Party deems necessary or appropriate, including the incurrence of indebtedness and the grant of security interests and pledges; each in connection with the Chapter 11 Case, any post-petition financing, or any other matter in connection with the Chapter 11 Case; and it is further

**RESOLVED**, that the retention of the law firm of Cole Schotz P.C. as counsel to the Company is hereby approved, for the firm to render legal services to, and to represent the Company in connection with the prosecution of the Company's Chapter 11 Case and any other related matters in connection therewith, on such terms as the Authorized Party shall approve; and it is further

**RESOLVED**, that the Authorized Party be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain such other legal, restructuring, financial, accounting, and bankruptcy services firms (together with Cole Schotz P.C., the "Professionals") as may be deemed necessary or appropriate by the Authorized Party to assist the Company in carrying out its responsibilities in the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Party be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement, or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings, and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any current officer of the Company or any Professional in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by the Authorized Party or any other person authorized to act by an Authorized Party, which are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

**IN WITNESS WHEREOF**, the undersigned have executed these resolutions as of the date set forth below.

2

Date: December 17, 2019

/s/ Miller
_____
Greg Miller

_____
Tim Jenks

_____
Haitao Zhang

Being all of the members of the Board of Directors of Grabit, Inc.

3

connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

**IN WITNESS WHEREOF**, the undersigned have executed these resolutions as of the date set forth below.

Date: December 17, 2019

_____
Greg Miller

_____
Tim Jenks

_____
Jaitao Zhang

Being all of the members of the Board of Directors of Grabit, Inc.

connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

**IN WITNESS WHEREOF**, the undersigned have executed these resolutions as of the date set forth below.

Date: December 17, 2019

_____
Greg Miller

_____
Tim Jenks

/s/ Haitao Zhang
_____
Haitao Zhang

Being all of the members of the Board of Directors of Grabit, Inc.

3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Grabit, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Formation8 Partners Fund I, L.P.**<br>**Pier 5**<br>**Suite 101**<br>**San Francisco, CA 94111** | **Jim Kim**<br><br>**jim@builders.vc**<br>**415-692-1720** | **Note Holder** | | | | **$6,727,787.71** |
| **NIKE, Inc.**<br>**Attn: Neal Osterhaus**<br>**One Bowerman Drive**<br>**Beaverton, OR 97005-6453** | **Tyler Zara**<br><br>**Tyler.Zara@nike.com**<br>**469-203-9931** | **Note Holder** | | | | **$2,024,743.81** |
| **ABB Switzerland Ltd.**<br>**Attn: Andrea Luthy**<br>**c/o ABB Schweiz AG Technology Ventures**<br>**Kreuzweg 11**<br>**Baden, CH-5400 Switzerland** | **Kurt Kaltenegger**<br><br>**kurt.kaltenegger@ch.abb.com**<br>**+41-79-382-92-35** | **Note Holder** | | | | **$1,717,688.27** |
| **Korvis LLC**<br>**2121 NE Jack London Street**<br>**Corvallis, OR 97330** | **Rich Carone**<br><br>**RichC@korvis.com**<br>**541-740-8492** | **Pre-Paid Royalty under Manufacturing Agreement** | | | | **$1,160,000.00** |
| **Draper Nexus Technology Partners, LP**<br>**Attn: Q. Motiwala, Manager**<br>**55 East Third Avenue**<br>**San Mateo, CA 94401** | **Q Motiwala**<br><br>**q@dnx.vc**<br>**858-449-4173** | **Note Holder** | | | | **$1,068,675.89** |

Debtor **Grabit, Inc.**   Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shanghai Electric Hong Kong Co. Ltd. Attn: Mr. Yinlun Lu 7F, No. 212 Jiang Ning Road Shanghai 200041, China** | **Terry Yao** yaojm@shangai-electric.com +86-21-52895555-910 | **Note Holder** | | | | $933,700.69 |
| **Brother Industries, Ltd. Attn: New Business Development Dept., Manager, Mr. Kunihiro Yasui 15-1 Naeshiro-cho, Mizuho-ku, Nagoya 467-8561, Japan** | **Kunihiro Yasui** kunihiro.yasui@brother.co.jp +81-90-5850-1009 | **Note Holder** | | | | $933,700.69 |
| **Advance Manage Limited Attn: John Huk-tau Cheh P.O. Box 957 Offshore Incorporations Centre, Road Tow Tortola, British Virgin Islands** | **Wesley Choi** ChoiW@esquel.com +852 2811 8077 | **Note Holder** | | | | $874,026.74 |
| **SRI International Attn: David Stringer-Calvert 333 Ravenswood Avenue Menlo Park, CA 94025** | **David Stringer-Calvert** david.stringer-calvert@sri.com 650-859-3291 | **Note Holder** | | | | $615,750.00 |
| **Danhua Capital L.P. Attn: Kevin Ding 435 Tasso St. Suite 305 Palo Alto, CA 94301** | **Kevin Ding** kevin@danhuacap.com 650-862-4928 | **Note Holder** | | | | $466,859.87 |
| **Draper Nexus Partners, LLC Attn: Q. Motiwala, Manager 55 East Third Avenue San Mateo, CA 94401** | **Q Motiwala** q@dnx.vc 858-449-4173 | **Note Holder** | | | | $203,557.20 |
| **Greg Miller 1042 N Higley Road, #102178 Mesa, AZ 85205** | **Greg Miller** greg.miller@grabitinc.com 707-888-1556 | **Transition Plan and Release Agreement** | **Contingent** | | | $72,000.00 |

Debtor **Grabit, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WS Investment Company, LLC (2017A) Attn: Jim Terranova 650 Page Mill Road Palo Alto, CA 94304** | **Rob Kornegay** RKornegay@wsgr.com 650-400-2468 | **Note Holder** | | | | $58,265.44 |
| **Harsha Prahlad 17372 NE 46th Court Redmond, WA 98052** | **Harsha Prahlad** Harsha.Prahlad@grabitinc.com 408-836-1495 | **Consulting Agreement** | | | | $32,516.00 |
| **County of Santa Clara 1555 Berger Drive San Jose, CA 95112** | **Larry Stone** scctax.collector@fin.sccgov.org 408-808-7900 | **Property Tax Audit 2015-2018** | **Disputed** | | | $5,303.00 |
| **Rowan TELS LLC 4715 NE 142nd Street Vancouver, WA 98686** | **Kyle Libra** klibra@rowantels.com 206-376-9114 | **Vendor** | | | | $1,000.00 |

# United States Bankruptcy Court
## District of Delaware

In re **Grabit, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ABB Switerzland Ltd.**<br>**Attn: Andrea Luthy**<br>**c/o ABB Schweiz AG Technology Ventures**<br>**Kreuzweg 11**<br>**Baden, CH-5400 Switerzland** | | **1,106,194** | **Series B Preferred Stock** |
| **ABB Switzerland Ltd.**<br>**Attn: Andrea Luthy**<br>**c/o ABB Schweiz AG Technology Ventures**<br>**Kreuzweg 11**<br>**Baden, CH-5400 Switerzerland** | | **2,777,776** | **Series A Preferred Stock** |
| **Advance Manage Limited**<br>**Attn: John Huk-tau Cheh**<br>**P.O. Box 957**<br>**Offshore Incorporations Centre, Road Tow**<br>**Tortola, British Virgin Islands** | | **1,659,292** | **Series B Preferred Stock** |
| **Andrew Mesfin**<br>**2966 Moorpark Avenue**<br>**Apt 60**<br>**San Jose, CA 95128** | | **39,770** | **Common Stock** |
| **Brothers Industries, Ltd.**<br>**Attn: New Business Development Dept.**<br>**Manager, Mr. Kunihiro Yasui**<br>**15-1 Naeshiro-cho, Mizuho-ku**<br>**Nagoya 467-8561, Japan** | | **2,212,389** | **Series B Preferred Stock** |
| **Casey M. Duncheon**<br>**c/o Charlie Duncheon**<br>**19384 Bainter Avenue**<br>**Los Gatos, CA 95030** | | **200,000** | **Common Stock** |
| **Charlie Duncheon**<br>**19384 Bainter Avenue**<br>**Los Gatos, CA 95030** | | **2,553,750** | **Common Stock** |
| **Chau Chavez**<br>**1463 Bellemeade Street**<br>**San Jose, CA 95131** | | **20,000** | **Common Stock** |
| **Dagney R. Duncheon**<br>**c/o Charlie Duncheon**<br>**19384 Bainter Avenue**<br>**Los Gatos, CA 95030** | | **200,000** | **Common Stock** |

In re:  **Grabit, Inc.**                                                                 Case No. _____
                                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Danhua Capital L.P.**<br>**Attn: Kevin Ding**<br>**435 Tasso Street**<br>**Suite 305**<br>**Palo Alto, CA 94301** | | 1,106,194 | **Series B Preferred Stock** |
| **DOCOMO Innovation Fund Partnership**<br>**Attn: Takashi Suzuki**<br>**3301 Hillview Avenue**<br>**Palo Alto, CA 94301** | | 1,106,194 | **Common Stock** |
| **Draper Nexus Partners, LLC**<br>**Attn: Q. Motiwala, Manager**<br>**55 East Third Avenue**<br>**San Mateo, CA 94401** | | 316,734 | **Series B Preferred Stock** |
| **Draper Nexus Technology Partners, LP**<br>**Attn: Q. Motiwala, Manager**<br>**55 East Third Avenue**<br>**San Mateo, CA 94401** | | 1,662,859 | **Series B Preferred Stock** |
| **Eric Winger**<br>**15401 W Sampson Rd.**<br>**Littleton, CO 80127** | | 30,000 | **Common Stock** |
| **Formation8 Partners Fund I, L.P.**<br>**Pier 5**<br>**Suite 101**<br>**San Francisco, CA 94111** | | 10,555,554 | **Series A Preferred Stock** |
| **Formation8 Partners Fund I, L.P.**<br>**Pier 5**<br>**Suite 101**<br>**San Francisco, CA 94111** | | 2,212,389 | **Series B Preferred Stock** |
| **Harsha Prahlad**<br>**17372 NE 46th Court**<br>**Redmond, WA 98052** | | 2,640,000 | **Common Stock** |
| **Jeffrey Key**<br>**3391 Pinnacle Drive**<br>**San Jose, CA 95132** | | 13,541 | **Common Stock** |
| **Kenneth Tan**<br>**3310 Farthing Way**<br>**San Jose, CA 95132** | | 41,020 | **Common Stock** |

In re: **Grabit, Inc.**                  Case No. _____

                      Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lab IX**<br>**Attn: David Bennett, Director**<br>**c/o Flex Ltd.**<br>**6201 America Center Drive**<br>**San Jose, CA 95002** | | **713,533** | **Common Stock** |
| **Li-Tai Lee (Robert)**<br>**10F., No. 6, Ln. 542, Sec. 1**<br>**Wenhua N Rd.**<br>**Linkou Dist.**<br>**New Taipei City 244, Taiwan 24446** | | **6,666** | **Common Stock** |
| **Lindsay Wahler**<br>**1236 Buchanan Drive**<br>**Santa Clara, CA 95051** | | **17,188** | **Common Stock** |
| **NIKE, Inc.**<br>**Attn: Neal Osterhaus**<br>**One Bowerman Drive**<br>**Beaverton, OR 97005-6453** | | **2,777,776** | **Series A Preferred Stock** |
| **NIKE, Inc.**<br>**Attn: Neal Osterhaus**<br>**One Bowerman Drive**<br>**Beaverton, OR 97005-6453** | | **1,064,767** | **Series B Preferred Stock** |
| **Patrick Bournes**<br>**3561 Earl Drive**<br>**Santa Clara, CA 95051** | | **50,000** | **Common Stock** |
| **Rajesh Nerkar**<br>**3737 Casa Verde Street**<br>**Apt. #348**<br>**San Jose, CA 95134** | | **6,666** | **Common Stock** |
| **Robert Roy**<br>**4141 Deep Creek Road, #195**<br>**Fremont, CA 94555** | | **25,000** | **Common Stock** |
| **Scott Morrill**<br>**455 W. Evelyn Avenue, #2325**<br>**Mountain View, CA 94041** | | **46,666** | **Common Stock** |
| **Shanghai Electric Hong Kong Co. Ltd.**<br>**Attn: Mr. Yinlun Lu**<br>**7F, No. 212**<br>**Jiang Ning Road**<br>**Shanghai 200041, China** | | **2,212,389** | **Series B Preferred Stock** |

In re: **Grabit, Inc.** Case No. _____

                               Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sng Zhiwei (Joel)**<br>**34 Jalan**<br>**Jintan S229021 Singapore** | | **555,554** | **Common Stock** |
| **SRI International**<br>**333 Ravenswood Avenue**<br>**Menlo Park, CA 94025** | | **6,666,668** | **Common Stock** |
| **Steven Annen**<br>**1882 Walnut Drive**<br>**Mountain View, CA 94040** | | **82,500** | **Common Stock** |
| **Susan Kim**<br>**17682 Burl Hollow Drive**<br>**Riverside, CA 92504** | | **39,250** | **Common Stock** |
| **SVIC No. 25 New Technology Business Investment L.L.P.**<br>**2440 Sand Hill Road**<br>**Suite 302**<br>**Menlo Park, CA 94025** | | **1,419,225** | **Common Stock** |
| **Sydney J. Duncheon**<br>**c/o Charlie Duncheon**<br>**19384 Bainter Avenue**<br>**Los Gatos, CA 95030** | | **200,000** | **Common Stock** |
| **WS Investment Company, LLC**<br>**Attn: Jim Terranova**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304** | | **60,000** | **Common Stock** |
| **WS Investment Company, LLC (2015A)**<br>**Attn: Jim Terranova**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304** | | **82,964** | **Series B Preferred Stock** |
| **WS Investment Company, LLC (2015C)**<br>**Attn: Jim Terranova**<br>**650 Page Mill Road**<br>**Palo Alto, CA 94304** | | **27,654** | **Series B Preferred Stock** |

# United States Bankruptcy Court
## District of Delaware

In re    **Grabit, Inc.**                            Case No.

                            Debtor(s)                 Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 18, 2019**                      Signature    /s/ Greg Miller

                                                                                       **Greg Miller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GRABIT, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. _____ (___) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned Debtor's equity interests:

Formation8 Partners Fund I, L.P.
Pier 5
Suite 101
San Francisco, CA 94111

SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6933. The Debtor's mailing address is 1042 N Higley Road, #102178, Mesa, Arizona 85205.

58448/0001-16604708v1

**Fill in this information to identify the case:**

Debtor name: **Grabit, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 18, 2019**    X  /s/ Greg Miller
                                        Signature of individual signing on behalf of debtor

**Greg Miller**
Printed name

**Chief Executive Officer**
Position or relationship to debtor