IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GRABIT, INC.,[1] | Case No. 19-12703 (LSS) |
| Debtor. | **Related Docket No. 154** |

**CERTIFICATE OF NO OBJECTION TO THE
REORGANIZED DEBTOR'S MOTION FOR ENTRY OF AN
ORDER AND FINAL DECREE CLOSING THE CHAPTER 11 CASE**

I, Mark L. Desgrosseilliers, an attorney with Chipman Brown Cicero & Cole, LLP, as counsel to the Reorganized Debtor in the above-captioned case, hereby certify the following:

1.  On July 6, 2020, the Reorganized Debtor filed the *Reorganized Debtor's Motion for Entry of an Order and Final Decree Closing the Chapter 11 Case* (Docket No. 154) (the "**Motion**")[2] in the above-captioned case.

2.  The Motion provided that any objection or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on July 23, 2020.

3.  As of the date hereof, the undersigned counsel has not been served with or otherwise received any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

---

[1] The last four digits of the Reorganized Debtor's federal taxpayer identification numbers is 6933. The Debtor's mailing address is 1042 N Higley Road, #102178, Mesa, Arizona 85205.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**WHEREFORE**, the undersigned, on behalf of the Reorganized Debtor, respectfully requests that the court enter the form of order granting the Motion, a copy of which is attached hereto as <u>Exhibit 1</u>, at the Court's earliest convenience.

Dated: July 24, 2020  **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

/s/ Mark L. Desgrosseilliers
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0192
Email:  desgross@chipmanbrown.com

—and—

Kelly Singer
**SQUIRE PATTON BOGGS (US), LLP**
1 East Washington Street
Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 528-4000
Email:  kelly.singer@squirepb.com

—and—

Mark A. Salzberg
**SQUIRE PATTON BOGGS (US), LLP**
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6000
Email:  mark.salzberg@squirepb.com

Counsel for the Reorganized Debtor